**Electronically Filed
Supreme Court
SCAD-16-0000112
23-JAN-2017
07:50 AM**

SCAD-16-0000112

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

THOMAS ALFRED LANDRY,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 7939.P1)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of Respondent Thomas A. Landry's January 4, 2017 petition for reinstatement, and the record,

IT IS HEREBY ORDERED that Respondent Landry is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

IT IS FURTHER ORDERED that Respondent Landry shall contact the Hawaiʻi State Bar Association prior to his resumption of practice to ensure he is in compliance with Rule 17 of the

Rules of the Supreme Court of the State of Hawaiʻi, governing administrative registration of licensed attorneys in this jurisdiction.

DATED: Honolulu, Hawaiʻi, January 23, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson